# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **WILLIAM DAVID RIALES,** Plaintiff | **CIVIL DOCKET NO. 1:21-CV-00013-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **WARDEN U.S. PENTIENTARY POLLOCK, Defendant** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 5], and after a *de novo* review of the record, noting the absence of objection, having determined that the Magistrate Judge's findings are correct under the applicable law;

IT IS HEREBY ORDERED that the Plaintiff's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [ECF No. 1] is DISMISSED for lack of jurisdiction, WITH PREJUDICE as to the jurisdictional issue, and WITHOUT PREJUDICE as to the merits of Riales' claim.

THUS, DONE AND SIGNED in Chambers on this 13th day of April 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE